MARGARET REARDON AND DANIEL REARDON, PLAIN-
TIFFS-APPELLANTS, v. MARLAYNE, INC. T/A BEAR
BRAKE PALISADES AND GENERAL MOTORS CORPORA-
TION, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued February 27, 1979—Decided March 14, 1979.

Before Judges MATTHEWS and MILMED.

*Mr. John E. Patton* and *Mr. Paul J. Jackson* argued the
cause for appellants (*Messrs. Gaccione, Pomaco, Patton &
Beck*, attorneys; *Mr. Jackson* and *Mr. Patton* on the brief).

*Mr. Thomas L. Morrissey* argued the cause for respondent
General Motors Corporation (*Messrs. Carpenter, Bennett &
Morrissey*, attorneys; *Mr. Morrissey* and *Mr. Robert E. Turtz*
on the brief).

No brief was filed on behalf of respondent Marlayne, Inc.
t/a Bear Brake Palisades.

PER CURIAM. The order under review is affirmed sub-
stantially for the reasons expressed by Judge Bilder in his
opinion of October 31, 1978 reported at 163 *N. J. Super.*
529 (Law Div. 1978).